UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
MINDY ESPINAL,

                           Plaintiff,

          -against-                   23-CV-6171 (ALC)

City of New York, et al.,          **ORDER**

                        Defendant.

-------------------------------------------------------- X

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are directed to file a joint status report regarding the status of this action by **October 20, 2023**.

    **SO ORDERED.**

**Dated**:  October 13, 2023
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**

1