

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

THOMAS LAI
*Senior Counsel*
E-mail: tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

November 3, 2023

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

GRANTED. The telephone conference is adjourned to November 8, 2023 at 9:00 a.m. SO ORDERED.
Dated: 11/03/2023

Re:   *Mindy Espinal v. City of New York*, 23-CV-06171 (ALC)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for Defendant City of New York in the above-referenced matter. With the consent of Plaintiff's counsel, Vik Pawar, I write to respectfully request an adjournment of the November 7, 2023 Telephone Conference. This is the first request for an adjournment.

    The reason for this request is that the New York City Law Department is closed on November 7, 2023 for Election Day and the undersigned is therefore unavailable. To the extent the Court is inclined to grant the within request and in an effort to assist the Court with rescheduling the conference, the undersigned has conferred with plaintiff's counsel and counsel for both parties are currently available on the following dates: November 8 and 9.

    For the reasons set forth herein, it is respectfully requested that the Court adjourn the November 7, 2023 status conference. Thank you for your consideration of the instant application.

Respectfully,

*Thomas Lai s/*
Thomas Lai
Senior Counsel

Special Federal Litigation Division

To: **VIA ECF**
Vik Pawar
*Attorney for Plaintiff*