

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2024**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**ALEXANDRA CORSI**
*Senior Counsel*
Tel.: (212) 356-3545
Fax: (212) 356-3509
acorsi@law.nyc.gov

March 4, 2024

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: March 8, 2024

*/s/ Stewart D. Aaron*

Re:   *Mindy Espinal v. City of New York, et al.*, 23 CV 6171 (ALC) (SDA)

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for defendants in the above-referenced matter. In that capacity, I write to advise the Court that this matter has settled. Earlier today, the undersigned advised the SDNY Mediation Office and the mediator assigned to the case of the settlement and that the March 21, 2024 mediation would no longer be necessary. At this time, this office is in the process of preparing the necessary settlement paperwork, which will be forwarded to Plaintiff's counsel as soon as possible this week; once it returned to my office fully executed, the Stipulation of Settlement and Order of Dismissal will be filed for the Court's endorsement.

Accordingly, it is respectfully requested that the Court adjourn the March 26, 2024 Initial Pretrial Conference *sine die*. I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Alexandra Corsi*

Alexandra Corsi
*Senior Counsel*

cc:   **By ECF**
Vik Pawar, Esq.
*Attorney for plaintiff*

1